UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
ANTHONY CASIANO,                                                       :
:
Plaintiff,               :            25-CV-5720 (JMF)
:
-v-                          :            ORDER
:
THE CITY OF NEW YORK, et al.,                                         :
:
Defendants.              :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 4, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Although Plaintiff has already amended the complaint once as a matter of course, ECF No. 19, because leave to amend should be "freely" granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues raised in the motion to dismiss.  Fed. R. Civ. P. 15(a)(2).

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **February 25, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **February 25, 2026**.  Defendants' reply, if any, shall be filed by **March 4, 2026**.

SO ORDERED.

Dated: February 5, 2026
New York, New York                              _____
JESSE M. FURMAN
United States District Judge