UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

ANTHONY CASIANO,                        :

                     :

               Plaintiff,          :               25-CV-5720 (JMF)

                     :

           -v-                :                 ORDER

                     :

THE CITY OF NEW YORK, et al.,       :

                     :

             Defendants.     :

                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 45, Defendants' earlier motion to dismiss filed at ECF No. 28 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **May 28, 2026**.  Defendants' reply, if any, is due by **June 11, 2026**.  *See* ECF No. 40.

      The Clerk of Court is directed to terminate ECF No. 28.

      SO ORDERED.

Dated: April 30, 2026
       New York, New York

                                JESSE M. FURMAN
                          United States District Judge